UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
*Electronically Filed*

| | |
|---|---|
| RALPH HALL and TONYA HALL )<br> )<br>    Plaintiffs, )<br> )<br> )<br>v. )<br> )<br>CLARKE POWER SERVICES, INC. )<br> )<br>    Defendant )| Civil Action No. 1:19-cv-75-GNS |

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

Come the Plaintiffs, RALPH HALL and TONYA HALL ("the Halls") and for their Complaint against Defendant, CLARKE POWER SERVICES, INC. ("Clarke") state as follows:

### I. INTRODUCTION

1. The claims brought herein by the Plaintiffs arose out of a wreck that occurred on I-65 in Hart County, KY, on June 30, 2018, when the vehicle of the Plaintiffs was struck by a driveline from a United Road Services Truck that had become dislodged due to negligent maintenance and repair of the leveling rod and airbag suspension system by Defendant Clarke Power Services, Inc.

### II. PARTIES, JURISDICTION, SERVICE, AND VENUE

2. Plaintiffs RALPH HALL and TONYA HALL are residents of Oldham County, Kentucky, and by filing this Civil Action avail themselves of the jurisdiction and venue of this Court.

3. Defendant CLARKE POWER SERVICES, INC., is a foreign corporation with its principal office located at 3133 East Kemper Road, Cincinnati, Ohio, and may be served

through its registered agent in the Commonwealth of Kentucky at Business Filing Incorporated, 306 W. Main St., Suite 512, Frankfort, KY 40601.

4. This Court has jurisdiction based upon diversity of citizenship pursuant to 28 U.S.C. § 1332.

5. The amount in controversy exceeds the jurisdictional limit of Seventy Five Thousand Dollars ($75,000.00) set out in 28 U.S.C. § 1332.

6. Venue is proper in that the subject wreck occurred in Hart County, KY.

### III. FACTS

7. On June 30, 2018, The Hall Family, Ralph, Tonya, a young girl they were in the process of adopting, and a grandson, were traveling on I-65 to Florida for vacation, when suddenly their vehicle was struck by an object in the roadway.

8. The car began to fishtail before being launched into the air, striking the barrier wall, and catching on fire.

9. Mr. Hall exited the vehicle and while trying to remove the young girl from the vehicle, was engulfed by flames and severely burned.

10. Both children were removed from the other side of the vehicle by Mrs. Hall.

11. Mr. Hall suffered first and second degree burns to both arms and legs, around his neck and his hair on his head, face and his eyebrows and eyelashes were singed.

12. Mr. Hall's pain was rated at a 10 upon arrival of Hart County Ambulance Service.

13. Mr. Hall's injuries are ongoing.

14. Mrs. Hall suffered burns to bottom of her feet.

15. The object that struck the Plaintiffs' vehicle was the driveline from a United Road Services Truck.

16. The driveline had broken off the truck due to the faulty repair of the leveling rod and airbag suspension system performed by Defendant immediately prior to the wreck at the Clarke Power Services store located at 1240 W. Thompson Road, Indianapolis, Indiana, 46217.

17. More specifically, the air suspension leveling rod was disconnected permitting the air suspension to fully inflate causing a severe misalignment in the driveline and leading to its failure.

18. See attached invoice for work performed on the truck and leveling rod by Clark Power Services immediately prior to the wreck.  **Exhibit A.**

### IV. CAUSES OF ACTION

### COUNT 1.

### Negligence/Respondeat Superior

19. Plaintiff incorporates the preceding paragraphs verbatim into this count.

20. Defendant, as employer, is liable for the torts of its employees committed within the scope of Defendant's business.

21. Defendant Clarke Power Services regularly engages in, among other things, the business of servicing trucks.

22. Defendant Clarke Power Services, and its employees, inspected and serviced the leveling rod on the subject truck on or about June 29, 2019 and/or June 30, 2019.

23. As an entity providing and charging for vehicle inspection, maintenance, service, and repair, Defendant Clarke Power Services owed Plaintiffs and the public a duty to exercise reasonable care in the inspections, maintenance, and repairs it performs.

24. Moreover, by undertaking the task of examining and repairing the subject leveling rod and other parts of the truck, Defendant assumed the duty to undertake such task with reasonable care and diligence.

25. Defendant breached its duties of care by negligently failing to properly repair the leveling rod and air bag suspension system.

26. Defendant breached its duties of care by negligently failing to inspect the truck, specifically, the leveling rod and air bag suspension system, and by negligently failing to warn of the dangers described herein in one or more of the following ways:

    (a) Negligently inspecting or failing to inspect the leveling rod and air bag suspension system so that defects and dangerous conditions that should have been known would be discovered;

    (b) Negligently failing to replace or repair the defective leveling rod, air bag suspension system, and any other necessary parts;

    (c) Negligently allowing the subject truck to leave its place of business in an unsafe and preventable condition; and

    (d) Negligently failing to warn of the dangers and defects in the leveling rod, air bag suspension system, and all other dangers and defects, which Defendant knew or should have known, existed.

27. One or more of the negligent acts or omissions of Defendant Clarke Power Services, and its employees, as described above, was the proximate cause of the injuries and damages suffered by Plaintiffs.

28. Defendant Clarke Power Services is liable to Plaintiffs for its negligent acts and/or omissions described above which were both a substantial factor and proximately resulted in serious and permanent injuries and damages to the Plaintiffs.

## COUNT 2.

### Negligent Hiring, Training and Retention

29. Plaintiff incorporates the preceding paragraphs verbatim into this count.

30. At all times relevant to this Complaint, Defendant Clarke Power Services owed a duty of reasonable care to the Plaintiffs in hiring, training, and or retaining its employees of the business located at 1240 Thompson Road, Indianapolis, Indiana, 46217, who rendered services to the subject truck and its leveling rod and air bag suspension system on June 29, 2018 and/or June 30, 2018.

31. Defendant breached its duty to exercise reasonable care in the hiring, training, and/or retaining of its employees at the store at issue by not adequately training its employee in the proper methods for inspecting and repairing a leveling rod and airbag suspension system to determine whether it is safe to use on the roadway.

32. Defendant knew or should have known that its employees who inspected and serviced the subject truck were not suited for their employment.

33. Defendant knew or by the exercise of reasonable care should have known that the employees who rendered service to the subject truck were unfit for employment and not qualified to perform the job and/or services in a matter to ensure the protection of customers, including the Plaintiffs from unreasonable risks of harm.

34. As direct and proximate result of the acts and/or omissions of Defendant Clarke Power Services in negligently hiring, training, and/or retaining its employees at the Clarke

Power Services store at issue in this case, Plaintiffs suffered injuries for which recovery is provided for under the law.

35. The acts and/or omissions of Defendant Clarke Power Services in negligently hiring, training, and/or retaining its employees at the Clarke Power Services store at issue in this case were a substantial factor in the injuries suffered by the Plaintiffs.

36. Defendant Clarke Power Services is liable to Plaintiffs for its negligent hiring, training, and/or retention, which were a substantial factor and proximately resulted in serious and permanent injuries and damages to the Plaintiffs.

## COUNT 3.

### Plaintiff Tonya Hall's Loss of Consortium

37. Plaintiff incorporates the preceding paragraphs verbatim into this count.

38. The Plaintiffs, Ralph Hall and Tonya Hall, are husband and wife and were husband and wife on or about June 30, 2018.

39. That as result of the injuries sustained by the Plaintiff, Ralph Hall, the Plaintiff, Tonya Hall, has been caused to suffer the loss of consortium of Ralph Hall, her husband.

## COUNT 4.

### Punitive damages

40. Plaintiff incorporates the preceding paragraphs verbatim into this count.

41. The acts and/or omissions Defendant Clarke Power Services, which are complained of in this Complaint, were grossly negligent, reckless, wanton and/or willful, thus making the Defendant Clarke Power Services, liable to the Plaintiffs for punitive damages.

## V.  DAMAGES

42. Plaintiff incorporates the preceding paragraphs verbatim into this count.

43. Plaintiff Ralph Hall seeks compensatory damages for past, present, and future medical expenses, lost earnings, pain and suffering and other compensatory damages as shown by the evidence at trial.

44. Plaintiff Tonya Hall seeks compensatory damages for past, present, and future medical expenses, lost earnings, pain and suffering and other compensatory damages as shown by the evidence at trial.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, Ralph Hall and Tonya Hall demands as follows:

1. Judgment against the Defendant, Clarke Power Services, Inc., in an amount, which will fairly and reasonably compensate the Plaintiffs for damages incurred as a result of Defendant's negligence.

2. Trial by jury.

3. Their costs expended herein.

4. Any and all other relief to which they may appear to be entitled.

This 6th day of June, 2019.

/s/ CHRISTOPHER D. MINIX
_____
CHRISTOPHER D. MINIX
COUNSEL FOR PLAINTIFFS
1011 Lehman Avenue, Suite 101
Bowling Green, KY 42103
(T) 270-904-6777
(F) 270-904-6778
(E) cminix@chrisminixlaw.com